## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINA GUZMAN, on behalf of herself and all others similarly situated | : :  :  : Civil Action No.: 1:20-cv-04545-ARR-JO |
| Plaintiff | : : |
| v. | : **DEFENDANT'S NOTICE OF** |
| | : **MOTION TO DISMISS** |
| I.C. SYSTEM, INC. | : : |
| Defendant. | : : : |

**TO:** Adam J. Fishbein
735 Central Avenue
Woodmere, New York 11598
Email: fishbeinadamj@gmail.com
*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that at a date and time to be determined by the Court, the undersigned, attorneys for Defendant I.C. System, Inc. ("Defendant") will move before the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East Brooklyn, New York 11201 before Honorable Allyne R. Ross, United States District Judge, for an Order granting Defendant's Motion to Dismiss; and

**PLEASE TAKE FURTHER NOTICE** that Defendant shall rely upon the enclosed Brief in Support of the Motion and Certification of Peter G. Siachos and the exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted with this motion.

Defendant respectfully requests oral argument if opposition is timely filed.

Dated: January 5, 2021

                    **GORDON REES SCULLY MANSUKHANI LLP**
                    *Attorneys for Defendant I.C. System, Inc.*

  By: */s/ Peter G. Siachos*
        Peter G. Siachos, Esq.

  One Battery Park Plaza, Floor 28
  New York, New York 10004
  Telephone: (973)549-2500
  Facsimile: (973)377-1911
  Email: psiachos@grsm.com