```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CAROLINA GUZMAN,
                                                                    JUDGMENT
                                                                    20-CV-4545 (ARR)
                Plaintiff,
        v.

I.C. SYSTEM, INC.,

                Respondent.
---------------------------------------------------------------X
```

An Opinion and Order of the Honorable Allyne R. Ross, United States District Judge, having been filed on March 8, 2021, granting defendant's motion; and dismissing plaintiff's lawsuit with prejudice; it is

ORDERED and ADJUDGED that defendant's motion is granted; and that plaintiff's lawsuit is dismissed with prejudice.

Dated: Brooklyn, New York  
       March 9, 2021

Douglas C. Palmer  
Clerk of Court

By:    */s/Jalitza Poveda*  
      Deputy Clerk